NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARSAW ORTHOPEDIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC PUERTO RICO OPERATIONS COMPANY and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GMBH,**

*Plaintiffs-Appellees,*

v.

**GLOBUS MEDICAL, INC.,**

*Defendant-Appellant.*

---

2009-1525

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 06-CV-4248, Judge Norma L. Shapiro.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellees' unopposed motion for a 14-day extension of time, until July 23, 2010, to file their responsive brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 2 4 2010__          /s/ Jan Horbaly
Date                      Jan Horbaly
                          Clerk

cc:  Cynthia D. Vreeland, Esq.
     Constantine L. Trela, Jr., Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 4 2010

**JAN HORBALY**
**CLERK**